FILED'07 FEB 28 09:50USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

MARSHA C. SPARKS,

    Plaintiff,

vs.

JO ANNE B. BARNHART,
Commissioner of Social Security

    Defendant.

Civil No. 05-1726-ST

ORDER

Based upon the Stipulation of the parties, it is hereby

ORDERED that attorney fees in the amount of $6421.40 are hereby awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated: _____, 2007.

_____
JANICE M. STEWART
UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

s/ Richard A. Sly
RICHARD A. SLY
OSB #63074
(503) 224-0436
Attorney for Plaintiff